JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR E. VARGAS MAGANA, | No.  CV 13-172-JFW (PJW) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| IMMIGRATION & CUSTOMS ENFORCEMENT, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:    January 16, 2013.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\judgment.wpd